Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

                                                    Case No: 24-41689-nhl

   Royal Development Inc,

                Debtor.                            Chapter 11
-----------------------------------------------------------X

**AFFIDAVIT OF PRINCIPAL**

STATE OF NEW YORK)
               ) ss.:
COUNTY OF KINGS  )

Vladimir Furleiter, being duly sworn, deposes and says:

1. I am the Principal/sole shareholder of Royal Development Inc, the Debtor herein, and as such, I am fully familiar with the facts and circumstances contained herein, the following is based on my personal knowledge.
2. There are no corporations which own 10% or more of any class of the Debtor's equity interest, hence there are no entities to report in this Affidavit.

                                                Vladimir Furleiter
                                              President of Royal Development Inc.

 Sworn and subscribed before me
On this 25th day of June 2024

Notary Public

TANYA KAGANOVSKY
Notary Public, State of New York
No. 01KA6092603
Qualified in Suffolk County
Commission Expires 5/27/20 27