Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

Case No: 24-41689-nhl
Case Name: Royal Development Inc

Chapter 11
Debtor's address: 9829 Ditmas Ave
Brooklyn NY 11235

June 24, 2024

## Corporate Resolution

This is a Corporate Resolution, by the above Corporation, authorizing and consenting to the filing of a Bankruptcy Chapter 11 Voluntary Petition, under that Chapter 11 of the Bankruptcy Code.

There is one sole owner and 100% shareholder of this corporation who is fully authorized to initiate the filing and said took place with his full consent.

_____
Vladimir Furleiter
President of Royal Development Inc.