Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

    Royal Development Inc.

Case No: 24-41689-nhl
Chapter 11

                            Debtor.
-------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

State of New York )
                    ) ss.:
County of Kings )

    Valery Chumakou affirms the following under the penalties of perjury, that on June 28, 2024 I served a true copy of the following documents:

1) Application to Retain Counsel for the Debtor with a Notice, declaration of proposed Counsel and Order.
2) Application to Retain Accountant for the Debtor with a Notice, Order and Exhibit A
3) Application to Retain MYC & Associates Inc, with a Notice, Order, Affidavit and Exhibit A

by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

TO:

**Office of the United States Trustee**
**Brooklyn Office**
One Bowling Green
Room 510
New York NY 10004-1408

**Con Edison**
4 Irving Place, 9th Floor
New York NY 10003

New York City Dept of Finance
375 Pearl Street, 30th FL
New York NY 10038

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

723 Bristol Street Funding LLC
c/o Ravert PLLC
16 Madison Square West FL 12 #269
New York NY 10010

Eisner Associates, LTD
3512 Flatlands Avenue
Brooklyn NY 11234

Royal Development Inc
9829 Ditmas Ave
Brooklyn NY 11236

Arrow Elevator Inc
25-11 49th Street
Astoria NY 11103

Forest Brook Electrical
2906 Shell Road
Brooklyn NY 11224

NYC Water Board
PO Box 11863
Newark NJ 07101

Boyarin Inc
723 Bristol Street
Brooklyn NY 11236

ECIT
477 Sharrotts Road
Staten Island, NY 10309

Hirshmark Capital LLC
1140 Broadway Suite 304
New York NY 10001

National Grid
Customer Correspondence
One Metro Tech Center

**16th Floor**
**Brooklyn NY 11201**

Dated: June 28, 2024
     Brooklyn, New York

_____
Valery Chumakou

Sworn Before Me on This

28th Day of June, 2024

_____
Notary Public

GLADYS NG
Notary Public - State of New York
NO. 01NG6270017
Qualified in Kings County
My Commission Expires Oct 9, 2024