7/10/24 6:50PM

**Fill in this information to identify the case:**

Debtor name: Royal Development, Inc

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 1-24-41689

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.70 |
|---|---|---|---|
| | Arrow Elevator Inc<br>25-11 49th Street<br>Astoria, NY 11103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,149.73 |
|---|---|---|---|
| | Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: Account #23430-95000-8<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,027.50 |
|---|---|---|---|
| | Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: Account # 76031-72000-6<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|
| | ECIT<br>477 Sharrotts Road<br>Staten Island, NY 10309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

7/10/24 6:50PM

Debtor __Royal Development, Inc_____  Case number (If known) __1-24-41689__
         Name

| 3.5 | Nonpriority creditor's name and mailing address<br>Eisner Associates, Ltd.<br>3512 Flatlands Avenue<br>Brooklyn, NY 11234<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14,925.00 |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>F&R Goldfish Corp<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.7 | Nonpriority creditor's name and mailing address<br>Forest Brook Electrical<br>2906 Shell Road<br>Brooklyn, NY 11224<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,745.00 |
| 3.8 | Nonpriority creditor's name and mailing address<br>LG723 LLC<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.9 | Nonpriority creditor's name and mailing address<br>National Grid<br>Customer Correspondence<br>One Metro Tech Center<br>16th Floor<br>Brooklyn, NY 11201<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Account #06031-65134<br><br>Is the claim subject to offset? ■ No ☐ Yes | $624.73 |
| 3.10 | Nonpriority creditor's name and mailing address<br>NYC Water Board<br>P.O. Box 11863<br>Newark, NJ 07101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Account #8000331611001<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,045.48 |
| 3.11 | Nonpriority creditor's name and mailing address<br>NYC Water Board<br>P.O. Box 11863<br>Newark, NJ 07101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Account # 5000331575001<br><br>Is the claim subject to offset? ■ No ☐ Yes | $361.05 |

**Part 3:** List Others to Be Notified About Unsecured Claims

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 3

7/10/24 6:50PM

Debtor  **Royal Development, Inc**
Name

Case number (if known)  **1-24-41689**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jacobs Law PC<br>80-15 188 Street<br>Suite 201<br>Hollis, NY 11423 | Line **3.6**<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | Marc Wohlgemuth & Associa<br>21 Remsen Avenue<br>Suite 301<br>Monsey, NY 10952 | Line **3.8**<br><br>☐ Not listed. Explain ____ | — |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 71,009.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 71,009.19 |