Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

   Royal Development Inc.

                             Debtor.
-------------------------------------------------------------X

Case No: 24-41689-nhl
Chapter 11

**AFFIDAVIT OF SERVICE**

State of New York )
                  ) ss.:
County of Kings )

    Valery Chumakou affirms the following under the penalties of perjury, that on July 10, 2024 I served a true copy of the following documents:

    1) Order Establishing Bar Date for the Filing of Proofs of Claim against Debtor, Royal Development Inc, Pursuant to Bankr. Rule 3003(c)(3);

    2) Notice of Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankr. Rule 3003(C)(3);

    3) Official Form No. B410,

    4) Amended Schedule E/F

    by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

TO:

**Office of the United States Trustee**
**Brooklyn Office**
One Bowling Green
Room 510
New York NY 10004-1408

Con Edison
4 Irving Place, 9th Floor
New York NY 10003


New York City Dept of Finance
375 Pearl Street, 30th FL
New York NY 10038

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101


723 Bristol Street Funding LLC
c/o Ravert PLLC
16 Madison Square West FL 12 #269
New York NY 10010

Eisner Associates, LTD
3512 Flatlands Avenue
Brooklyn NY 11234

Royal Development Inc
9829 Ditmas Ave
Brooklyn NY 11236

Arrow Elevator Inc
25-11 49th Street
Astoria NY 11103

Forest Brook Electrical
2906 Shell Road
Brooklyn NY 11224

NYC Water Board
PO Box 11863
Newark NJ 07101

Boyarin Inc
723 Bristol Street
Brooklyn NY 11236

ECIT
477 Sharrotts Road
Staten Island, NY 10309

Hirshmark Capital LLC
1140 Broadway Suite 304

New York NY 10001

National Grid
Customer Correspondence
One Metro Tech Center
16th Floor
Brooklyn NY 11201

F&R Goldfish Corp
c/o Jacobs Law PC
80-15 188 Street Suite 201
Hollis NY 11423

LG723 LLC
c/o Marc Wohlgemuth & Associates, P.C.
21 Remsen Avenue Suite 301
Monsey NY 10952

Dated: July 10, 2024
    Brooklyn, New York

_____
Valery Chumakou

Sworn Before Me on This
10 Day of July, 2024

_____
Notary Public

NOTARY PUBLIC NEW YORK
Registration No. 393485
Qualified in ___ County
Commission Expires 17, 2027