8/19/24 6:34PM

# United States Bankruptcy Court
## Eastern District of New York

In re   **Royal Development, Inc**                                                    Case No.   **1-24-41689**

Debtor(s)                                                         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vladimir Furtleiter**<br>**3111 Ocean Pkwy**<br>**Brooklyn, NY 11235** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **August 19, 2024**                          Signature  **/s/ Vladimir Furleiter**

                                                                    **Vladimir Furleiter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.