UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

        Royal Development, Inc.

                        Debtor.

---------------------------------------------------------x

Chapter 11

Case No. 24-41689-nhl

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears on behalf of **LG 723 LLC** as counsel and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure and section 342 of Title 11 of the United States Code (the "Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code and Local Bankruptcy Rules as may be applicable in this case governing notice, that all notices be given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon me as follows:

Bronson Law Offices, P.C.
H. Bruce Bronson, Esq.
480 Mamaroneck Avenue
Harrison, New York 10528
*hbbronson@bronsonlaw.net*

Dated: Harrison, New York
September 9, 2024

                                                **BRONSON LAW OFFICES, P.C.**

                                                */s/ H. Bruce Bronson*
                                                H. Bruce Bronson, Esq.
                                                Counsel for LG 723, LLC
                                                480 Mamaroneck Avenue
                                                Harrison, NY 10528