Eric H. Horn, Esq.
Ross A. Fox, Esq.
**A.Y. STRAUSS LLC**
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel. (973) 287-0966
Fax (973) 533-0127

*Counsel for LG 723, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Royal Development, Inc.,<br><br>                          Debtor. | Chapter 11<br><br>Case No. 24-41689 (NHL) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES, PLEADINGS, AND ORDERS**

**PLEASE TAKE NOTICE**, that A.Y. Strauss LLC, counsel to LG 723, LLC, hereby enters its appearance in the above-captioned case pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Eric H. Horn, Esq.
Ross A. Fox, Esq.
**A.Y. STRAUSS LLC**
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel. (973) 287-0966
Fax (973) 533-0127
ehorn@aystrauss.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by LG 723, LLC of its: (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and / or (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

*[remainder of page intentionally left blank]*

Dated: December 30, 2024

                                          **A.Y. STRAUSS LLC**

                                          By: */s/ Eric H. Horn*
                                          Eric H. Horn, Esq.
                                          Ross A. Fox, Esq.
                                          290 West Mount Pleasant Avenue, Suite 3260
                                          Livingston, New Jersey 07039
                                          Tel. (973) 287-0966
                                          Fax  (973) 533-0127

                                          *Counsel to LG 723, LLC*