# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
AMANDA ZIFCHAK
AARON GOLDBLUM*
ANDREW C. ST. CYR
JACOB E. WOLLACH
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

June 27, 2025

*Via ECF and Email*
Hon. Nancy Hershey Lord
U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:   Royal Development LLC
      Case No. 24-41689-NHL
      **Request for Emergency Conference**

Dear Judge Lord:

My firm represents 723 Bristol Street Funding LLC, the secured lender of the above referenced Debtor. On May 6, 2025, the Court approved the sale of the Debtor's property to Abdulkafi M. Ahmed for the sum of $7,500,000 and directed the submission of an Order. It has been seven weeks and multiple drafts, but no Order has yet been submitted. The Debtor's last correspondence dated June 11, 2025 indicates that there are still unresolved issues about the removal of refrigerator and cooler unit from the premises without any further response. I believe the parties may benefit from the Court's intervention to address all open questions.

In light of the foregoing, I am requesting an emergency conference before the Court at Your Honor's convenience. Enclosed please find the latest draft of the proposed order in clean and black lined versions for the Court's ready reference.

Respectfully yours,

/s/ Kevin J. Nash, Esq.

Enclosures
cc:   All counsel (Via ECF filing and email)