Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                                                    Chapter 11

    Royal Development Inc,                                    Case No.: 1-24-41689-nhl

                   Debtor.
-----------------------------------------------------X

## NOTICE OF A MOTION TO DISMISS
## A CHAPER 11 CASE OF ROYAL DEVELOPMENT INC

**PLEASE TAKE NOTICE** that a hearing on the annexed Motion, dated August 27, 2025 (the "Motion") of Royal Development Inc., Debtor and Debtor in Possession in the above-captioned chapter 11 case, for entry of an order pursuant to Sections 105(a) and 1112(b) of Title 11 of the United States Code and Rule 1017(a) of the Federal Rules of Bankruptcy Procedure to dismiss this Chapter 11 case, will be held before the Honorable Nancy H. Lord, United States Bankruptcy Judge, on **October 21, 2025, at 3:00 P.M.,** in the United States Bankruptcy Court –Eastern District of New York. The hearing will be conducted solely using the Webex audio video platform. The hearing will be held by videoconference. Parties have the option to either connect by video using the provided video link or dial in as an audio only participant. All participants must register with eCourt Appearances in advance of their appearances.  eCourt Appearances registration is required by both attorneys and non-attorney participants. https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. Once registered, eCourt Appearances will email the telephone number and/or video link for the hearing. You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until 48 hours before the hearing date. Those registering with eCourt Appearances for hearings in less than 48 hours should allow up to 15

minutes after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

**PLEASE TAKE FURTHER NOTICE** that any objection to the within Motion must be in writing and must state with particularity the grounds of the objection. The objection must be filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov, and a copy of the objection must be served upon the undersigned counsel for the debtor so as to be received no later than seven (7) days before the hearing date.

Dated: August 27, 2025  
Brooklyn, New York

/s/ *Alla Kachan*  
Alla Kachan, Esq.  
Law Offices of Alla Kachan, P.C.  
2799 Coney Island Avenue,  
Suite 202  
Brooklyn, NY 11235  
Tel.: (718) 513-3145

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter 11

    Royal Development Inc,                                   Case No.: 1-24-41689-nhl

                      Debtor.
-------------------------------------------------------X

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS
## CHAPTER 11 CASE OF ROYAL DEVELOPMENT INC

**TO THE HONORABLE NANCY H. LORD,**
**UNITED STATES BANKRUPTCY JUDGE:**

      The Debtor, Royal Development Inc., Debtor and Debtor-in-Possession (referred to herein as the "Debtor"), by undersigned counsel, Alla Kachan Esq., of the Law Offices of Alla Kachan, P.C., respectfully requests that the above-captioned Chapter 11 case be dismissed, pursuant to 11 U.S.C. § 1112(b)(1), and in support thereof avers as follows:

### BACKGROUND AND PROCEDURES

      1.    On April 19, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, with the United States Bankruptcy Court for the Eastern District of New York. *See ECF Doc. No. 1.*

      2.    Under Bankruptcy Code §§ 1107 and 1108, the Debtor retains possession of their assets and is authorized, as the Debtor in Possession, to continue to operate and manage its business.

      3.    No trustee or examiner has been appointed in this chapter 11 case.

## JURISDICTION

4. This Court has jurisdiction over this proceeding under chapter 11 of the Bankruptcy Code, pursuant to 28 U.S.C. §§151, 157 and 1334.

5. Venue in this Court is proper, pursuant to 28 U.S.C. §§ 1408 and 1409.

6. This is a core proceeding pursuant to 28 U.S.C. §§157(b)(2)(A), (B) and (O).

## RELIEF REQUESTED

7. Section 1112(b)(1) of the Bankruptcy Code provides:

... on request of a party in interest, and after notice and a hearing, absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interests of the creditors and the estate, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

8. Although courts tend to view voluntary dismissals of chapter 11 cases with some skepticism, the Second Circuit has determined that a "totality of the circumstances" analysis is warranted.

9. "Where . . . a debtor moves for dismissal, courts in this circuit have determined whether cause exists by looking at 'whether dismissal would be in the best interest of all parties in interest.' We agree that this is the appropriate analysis. The best interest of the debtor 'lies generally in securing an effective fresh start upon discharge and in the reduction of administrative expenses leaving him with resources to work out his debts.' With regard to creditors, the issue is typically one of prejudice: '[C]reditors can be prejudiced if the motion to dismiss is brought after the passage of a considerable amount of time and they have been forestalled from collecting the amounts owed to them. A prejudicial delay also creates the appearance that such an abusive practice is implicitly condoned by the Code.'" *In re Smith*, 507 F.3d 64, 72 (2d Cir. 2007)

(quoting *In re Dinova*, 212 B. R. 437, 441-42 (B.A.P. 2nd Cir. 1997) (citing *In re Schwartz*, 58 B. R. 923, 925 (Bankr. S.D.N.Y. 1986); *In re Hull*, 339 B. R. 304, 307 (Bankr. E.D.N.Y. 2006)).

10. With regard to the secured claim of the main creditor, 723 Bristol St Funding, filed in the amount of $6,066,970.79 with respect to the property located at and known as 723 Bristol Street, 9829 Ditmas Avenue, 9833 Ditmas Avenue, and 738 Chester Street, Brooklyn, NY 11236, the Debtor respectfully asserted that the claim was fully satisfied by the sale of the referenced property via an auction process, which was approved by the Court order (ECF# 83). The closing took place on 08/01/2025.

11. With respect to the claim filed by NYC Department of Finance and NYC Water Board, the Debtor believes that these claims were paid in full at the Closing.

12. With regard to the remaining claims, the Debtor respectfully asserts that these claims will be resolved outside of the Bankruptcy process.

13. In light of the foregoing, the Debtor does not believe that the Debtor will be able to propose and confirm a feasible plan of reorganization in this chapter 11 case and is respectfully seeking dismissal of the case. The Debtor believes that said dismissal is in the best interest of estate and Creditors.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order, in form similar to the attached Proposed Order, dismissing chapter 11 case pursuant to 11 U.S.C. § 1112 (b)(1), and for such other and further relief as the Court deems just and proper.

Dated: August 27, 2025  
Brooklyn, New York

*/s/ Alla Kachan*  
Alla Kachan, Esq.  
Law Offices of Alla Kachan, P.C.  
2799 Coney Island Avenue,  
Suite 202  
Brooklyn, NY 11235  
Tel.: (718) 513-3145

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                      Chapter 11

Royal Development Inc,                                          Case No.: 1-24-41689-nhl


                                        Debtor.
-------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF DEBTOR'S MOTION
## TO VOLUNTARILY DISMISS CHAPTER 11 CASE OF
## ROYAL DEVELOPMENT INC

The Debtor, Royal Development Inc, Debtor and Debtor-in-Possession (referred to herein as the "Debtor"), by undersigned counsel, Alla Kachan, of the Law Offices of Alla Kachan, P.C., respectfully requests that the above-captioned Chapter 11 case be dismissed, pursuant to 11 U.S.C. § 1112(b)(1), and in support thereof avers as follows:

### JURISDICTION

1.      This Court has jurisdiction over this matter, pursuant to 28 U.S.C. §§ 1334 and 157.

### STATEMENT OF FACTS

2.      I am the attorney for the Debtor in the above-captioned case and after the review of the Debtor's documents and having discussed at length with the Debtor, am fully familiar with the facts therein.

3. On April 19, 2024 (the "Petition Date"), the Debtor filed a voluntary petition with the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). *See ECF Doc. No. 1*.

4. Under Bankruptcy Code §§ 1107 and 1108, the Debtor retains possession of their assets and is authorized, as the Debtor in Possession, to continue to operate and manage its business.

5. No trustee or examiner has been appointed in this chapter 11 case.

6. With regard to the secured claim of the main creditor, 723 Bristol St Funding, filed in the amount of $6,066,970.79 with respect to the property located at and known as 723 Bristol Street, 9829 Ditmas Avenue, 9833 Ditmas Avenue, and 738 Chester Street, Brooklyn, NY 11236, the Debtor respectfully asserted that the claim was fully satisfied by the sale of the referenced property via an auction process, which was approved by the Court order (ECF# 83). The closing took place on 08/01/2025.

7. With respect to the claim filed by NYC Department of Finance and NYC Water Board, the Debtor believes that these claims were paid in full at the Closing.

8. With regard to the remaining claims, the Debtor respectfully asserts that these claims will be resolved outside of the Bankruptcy process.

9. In light of the foregoing, the Debtor does not believe that the Debtor will be able to propose and confirm a plan of reorganization in this chapter 11 case and is respectfully seeking dismissal of the case. The Debtor believes that said dismissal is in the best interest of estate and Creditors.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order, in form similar to the attached Proposed Order, dismissing chapter 11 case of Royal Development Inc.,

pursuant to 11 U.S.C. § 1112 (b)(1), and for such other and further relief as the Court deems just and proper.

Dated: August 27, 2025  
Brooklyn, New York

/s/ *Alla Kachan*  
Alla Kachan, Esq.  
Law Offices of Alla Kachan, P.C.  
2799 Coney Island Avenue,  
Suite 202  
Brooklyn, NY 11235  
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                  Chapter 11

Royal Development Inc,                                      Case No.: <u>1-24-41689-nhl</u>

                                    Debtor.
-------------------------------------------------------X

# ORDER DISMISSING CHAPTER 11 CASE

Upon the Motion (the "Motion") dated August 27, 2025 [ECF #___] of Royal Development Inc. filed by the above-captioned debtor; and upon the hearing on the Motion to be held before this Court on _____, 2025, and it appearing that good and sufficient notice of the motion and the hearing having been given, and cause existing for the relief requested, as set forth in the record of the hearing, it is

**ORDERED**, under 11 U.S.C. § 1112(b)(1), that this case commenced under Chapter 11 of the Bankruptcy Code be and is hereby DISMISSED; and it is further

**ORDERED** that not later than ten (10) days from the entry of this order, the Debtor shall file with the Court the appropriate monthly operating reports and shall pay the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest thereon.

.