UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                        Chapter 7

NIDA PROPERTY INC.,                                           Case No.: 24-42408-jmm

              Debtor.
-------------------------------------------------------------x

### ORDER APPROVING THE AMENDED TRUSTEE'S FINAL REPORT AND AWARDING COMMISSIONS TO THE CHAPTER 7 TRUSTEE

Upon the filing of the Amended Chapter 7 Trustee's Final Report, dated March 11, 2026 (the "Amended Trustee's Final Report") [ECF No. 100] of Richard J. McCord, Chapter 7 Trustee (the "Trustee"), and the Amended Application for Compensation dated March 11, 2026, for allowance of compensation to the Trustee [ECF No. 101] (the "Amended Fee Application", and collectively, the "Amended Application"); and a hearing on the Application having been held on April 14, 2026; and due and sufficient notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and no objection having been filed to the relief requested; and upon the Statement of the United States Trustee, dated March 20, 2026, regarding the Amended Trustee's Final Report and Amended Fee Application; and after due deliberation and sufficient appearing therefor, it is hereby

**ORDERED**, that the Amended Application is granted to the extent set forth herein; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §§326 and 330, the Trustee is hereby awarded commissions in the amount of $112,822.22 and it is further

**ORDERED,** that the Amended Trustee's Final Report is approved, and the Trustee is authorized to abandon the Debtor's books and records; and it is further

8789156.1

**ORDERED**, that upon the closing of this case, the Trustee shall be discharged from his duties; and it is further

**ORDERED**, that the Trustee is authorized to perform such acts, pay such amounts awarded by the Court, and execute such documents as are necessary to implement the terms and conditions of this Order and it is further

**ORDERED**, that the Amended Trustee's Final Report and account are settled and allowed.



Dated: April 28, 2026
    Brooklyn, New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge